THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. CAMPBELL, Appellant, *v.* JOHN E. KRAFT et al., Constituting the Civil Service Commission of the State of New York, Respondents.

*People ex rel. Campbell* v. *Kraft*, 151 App. Div. 914, affirmed.
(Argued November 18, 1912; decided December 3, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 28, 1912, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to place in the competitive class the position of assistant superintendent in the office of the commissioner of records of the county of Kings.

*Robert H. Wilson* for appellant.

*Thomas Carmody, Attorney-General* (*Franklin Kennedy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.